United States District Court
Southern District of Texas
**ENTERED**
October 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICK HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3794 |
| | § | |
| CENTRAL PORTFOLIO CONTROL, INC., | § § § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by the parties' Notice of Settlement (Doc. No. 20) that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 5th day of October, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE