United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICK HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3794 |
| § | |
| CENTRAL PORTFOLIO CONTROL, § | |
| INC., § | |
| § | |
| Defendant. | |

## ORDER

The Parties in this case have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 22). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. All claims of the putative class members are hereby dismissed without prejudice. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE